| | |
|---|---|
| CHAD SASSO, and THE CHALLENGE PRINTING CO. OF THE CAROLINAS, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TESLA, INC., )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-24-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 16], DISMISSES WITHOUT PREJUDICE plaintiff Sasso for lack of standing under Rule 12(b)(l), DISMISSES WITHOUT PREJUDICE Challenge Printing's claim for a declaratory judgment for lack of subject matter jurisdiction, and DISMISSES WITHOUT PREJUDICE Challenge Printing's remaining claims under Rule 12(b)(6).

**This Judgment Filed and Entered on February 7, 2022, and Copies To:**

| | |
|---|---|
| Brycen G. Williams | (via CM/ECF electronic notification) |
| Amir M. Nassihi | (via CM/ECF electronic notification) |
| Carolina Marie Gieser | (via CM/ECF electronic notification) |
| Rachel A. Straus | (via CM/ECF electronic notification) |
| Mark W. Skanes | (via CM/ECF electronic notification) |

DATE:  
February 7, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk